William Londino, Respondent, v. Amelia Belsito, Appellant, Impleaded with The Bond and Mortgage Guarantee Company.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

John W. Maas, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Mary H. McNair, Respondent, v. Michael J. Salit and Solomon Liebowitz, Appellants.— Order in so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Mary H. McNair, Respondent, v. Michael J. Salit and Solomon Liebowitz, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Frederick Montrose, an Infant, by George Montrose, His Guardian ad Litem, Respondent, v. John H. Potterton and George A. Potterton, Copartners, Doing Business under the Firm Name of Potterton Brothers, Appellants, Impleaded with John L. Jordan, Doing Business under the Name of John Jordan & Son, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Isabella Neale, Respondent, v. John Walter, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion to place the case on the equity calendar granted, the action being for the removal of a cloud on title and not for ejectment. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

John D. O'Leary, Respondent, v. Eugene B. Howell, as Receiver of the Long Island Real Estate Exchange and Investment Company, Appellant.— Judgment of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ.

Ellen C. Osborn, Plaintiff, v. Howard J. M. Cardeza and Others, Respondents, Impleaded with William E. S. Griswold, as Trustee in Bankruptcy of John Osborn's Sons & Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ., concurred.

K. Webber Parker, Suing in Her Own Behalf and for the Benefit of All Other Stockholders Similarly Situated of the Corporation Known as Altonwood Park Company of New York, Appellant, v. Altonwood Park Company of New York and Others, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ., concurred.

John F. Phillips, Respondent, v. The Brooklyn Union Elevated Railroad Company and The Brooklyn Heights Railroad Company, Appellants. — Judgment modified by reducing the amount of damages to two-fifths of the sum allowed, with a proportionate reduction of the extra allowance, and as modified affirmed, without costs, on the authority of *Wells* v. *Brooklyn Union Elevated R. R. Co.*, *No. 1*

(*ante*, p. 491), decided herewith. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Donald A. Pound, Respondent, v. Harry L. Converse, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ , concurred.

The People of the State of New York, Respondent, v. Lucca Di Ruzza, Appellant.— Judgment of conviction and order of the County Court of Westchester county denying motion for new trial affirmed. No opinion. Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ., concurred.